IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY J. BLACKSHEAR | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| VERIZON, DE, LLC | : | NO. 11-1036 |

**ORDER**

**AND NOW**, this 27th day of October, 2011, upon consideration of "Defendant Verizon Delaware, LLC's Motion to Dismiss Plaintiff's Complaint" (Docket No. 6), **IT IS HEREBY ORDERED** that the Motion is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing an Amended Complaint that alleges facts sufficient to support all of the elements of a claim for employment discrimination brought pursuant to Title VII. Plaintiff shall file his Amended Complaint (if any) no later than November 28, 2011. If Plaintiff fails to file an Amended Complaint by November 28, 2011, this action will be dismissed with prejudice.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.